FILED
November 4, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: BT
Deputy

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**MARCELO FASCINO,**

**Defendant.**

**Case No: SA:26-CR-00582-OLG**

**INDICTMENT**

**COUNTS ONE-THREE: 18 U.S.C. § 1343**
**Wire Fraud**

**COUNTS FOUR-SIX: 18 U.S.C. § 912**
**False Personation of a Federal Officer or Employee**

THE GRAND JURY CHARGES:

## INTRODUCTION

At all times relevant to this Indictment:

## PERSONS AND ENTITIES

1. Defendant **MARCELO FASCINO** resided in the Western District of Texas.

2. PGCE LLC ("PGCE") was a limited liability company in the Western District of Texas. Defendant formed PGCE to bid on government contracts. Defendant owned PGCE and was its only employee. PGCE did not manufacture any goods or provide any services.

3. Individual 1 was a civilian employee of the United States Army at the Directorate of Emergency Services at Fort McCoy, Wisconsin. Individual 1's responsibilities included procuring goods for the police department at Fort McCoy.

4. Individual 2 and Individual 3 were chefs based in Washington. Defendant solicited quotes from Individual 2, Individual 3 and others in Washington to bid on a contract to provide meals to the Washington National Guard.

5. Individual 4 owned an excavation company in Missouri. Defendant solicited quotes from Individual 4 and others in Missouri to bid on a demolition contract for the Wilson's Creek National Battlefield in Missouri.

6. Individual 5 owned a company that provided various maintenance services in New Hampshire. Defendant solicited quotes from Individual 5 and others in New Hampshire to bid on a demolition contract for the U.S. Army Corps of Engineers at Otter Brook Lake in New Hampshire.

## COUNTS ONE THROUGH THREE
## [18 U.S.C. § 1343]

7. Paragraphs One through Six of the Introduction to this Indictment are incorporated herein as if fully restated.

8. Beginning in or around October 8, 2022, and continuing to in or around May 12 2024, the Defendant,

**MARCELO FASCINO,**

did unlawfully and knowingly devise and execute a scheme to defraud, and to obtain from the United States money by means of false and fraudulent pretenses, representations and promises, through the actions set forth in the "Manner and Means" portion below.

## MANNER AND MEANS

The scheme to defraud was accomplished through the following manner and means:

9. Federal government departments and agencies routinely solicit bids for goods and services from private companies. Contracting officers are responsible for defining contract parameters, evaluating bids, and ensuring compliance with contract terms. Many companies bid

for government contracts as prime contractors and subcontract with other companies to provide those goods and services.

10. The federal government aims to award certain percentages of prime contracting dollars to small businesses in specific categories, such as businesses owned by veterans, service-disabled veterans, or women. Certain contracts are set aside so that only qualifying businesses can submit bids for them. Prime contractors are required to certify their eligibility to bid on those contracts.

11. Through PGCE and another company Defendant formed, Defendant bid on contracts to supply goods and services to numerous federal departments and agencies throughout the United States. Defendant bid on contracts through online channels such as SAM.gov, Unison Marketplace, and by emailing contracting officers. These submissions and emails were frequently transmitted through interstate commerce.

12. It was a part of the scheme that beginning on or around October 8, 2022, and continuing through May 12, 2024, Defendant represented through self-certifications filed on SAM.gov that PGCE was a small business that was veteran-owned, service-disabled veteran-owned, and women-owned. Each of those representations was false.

13. It was also a part of the scheme that when contacting manufacturers, vendors, and service providers to solicit quotes, Defendant frequently misrepresented himself as a contracting officer for federal departments and agencies.

14. It was further a part of the scheme that these misrepresentations gave Defendant an unfair advantage in the bidding process to win contracts and thereby obtain money because he was able to obtain sensitive pricing information from potential competitors.

15. It was further a part of the scheme that Defendant's misrepresentations also suppressed the competition for contracts, because many manufacturers, vendors, and service providers believed Defendant's misrepresentations about being a contracting officer. Those companies therefore believed that the quotes they submitted to Defendant were timely bids.

16. It was further a part of the scheme that Defendant emailed manufacturers, vendors, and service providers with fictitious email signatures from the departments and agencies that were soliciting bids. Defendant falsely represented that he was employed by numerous departments and agencies, including components of the following: United States Army; National Guard; United States Marine Corps; United States Air Force; United States Coast Guard; Army Corps of Engineers; Department of Agriculture; Department of the Interior; and United States Geological Survey.

17. It was further a part of the scheme that when Defendant pretended to be a contracting officer for the United States Army or United States Marine Corps, he described himself as "SSG Marcelo Fascino" or "SSG Fascino," falsely representing himself as a Staff Sergeant.

18. It was further a part of the scheme that Defendant altered contracting documents to remove the names and contact information of contracting officers to replace them with his own, and emailed those altered documents to manufacturers, vendors, and service providers.

19. It was further part of the scheme that when manufacturers, vendors, and service providers learned the names of the real contracting officers and asked for their contact information or the link to submit bids, Defendant falsely told them that Defendant was the contracting officer; the real contracting officer was part of Defendant's organization; and that all bids should be submitted to Defendant via email.

20. It was further a part of the scheme that in his emails, Defendant falsely described government employees responsible for conducting pre-bid site visits as his assistants and instructed service providers to ask for them by name. Defendant made these misrepresentations because service providers were more likely to believe that Defendant was the contracting officer when they met someone whom Defendant had named.

21. It was further a part of the scheme that Defendant emailed tax exemption certificates to service providers in which he falsely claimed that as a government official purchasing goods or services for the exclusive use of the government, he was exempt from paying sales tax.

22. It was further a part of the scheme that Defendant had numerous interstate telephone calls with manufacturers, vendors, and service providers in which he falsely represented that he was the contracting officer for various federal agencies and departments.

23. It was further a part of the scheme that Defendant also defrauded and attempted to defraud various departments and agencies by supplying nonconforming and counterfeit goods. Those goods included ammunition, weapon lights, and optics. The nonconforming and counterfeit goods were substantially cheaper than the goods that Defendant had agreed to supply.

24. It was further a part of the scheme that through his companies, Defendant has been awarded at least 70 federal government contracts totaling more than $1.6 million in obligated funds.

## THE EXECUTION OF THE SCHEME

25. On or about the dates stated below, in the Western District of Texas, the Defendant,

**MARCELO FASCINO**,

for the purpose of executing the scheme to defraud and to obtain money by means of false and fraudulent pretenses, representations and promises, transmitted and caused to be transmitted by wire in interstate commerce certain writings, signs, signals, pictures, and sounds as set forth below.

| Count | Date | Description |
| --- | --- | --- |
| One | April 11, 2023 | Telephone call from Texas to Individual 1 in Wisconsin to obtain a credit card number to charge the Army $9,723.20 for counterfeit Chinese-made weapon lights Defendant falsely certified were genuine and made in the United States |
| Two | July 12, 2023 | Email from Texas to Army contracting personnel in New York, attaching a fabricated letter purportedly from a rifle optics manufacturer to try to obtain acceptance for the substitution of counterfeit, Chinese-made optics |
| Three | August 2, 2023 | Email from Texas to Individual 2 in Washington falsely representing Defendant to be a Staff Sergeant in the Washington National Guard |

**COUNT FOUR**
**[18 U.S.C. § 912]**

26. On or about August 4, 2023, in the Western District of Texas and elsewhere, the Defendant,

**MARCELO FASCINO**,

falsely assumed and pretended to be an officer and employee acting under the authority of the United States and any department, agency, and officer thereof, and acted as such, to wit, by falsely describing himself to Individual 3 as a Staff Sergeant in the Washington National Guard and soliciting a price quote for a contract to supply meals to the Washington National Guard.

**COUNT FIVE**
**[18 U.S.C. § 912]**

27. On or about August 14, 2023, in the Western District of Texas and elsewhere, the Defendant,

**MARCELO FASCINO,**

falsely assumed and pretended to be an officer and employee acting under the authority of the United States and any department, agency, and officer thereof, and acted as such, to wit, by falsely describing himself to Individual 4 as a Contracting Officer for the Department of the Interior and soliciting a price quote for a demolition contract at Wilson's Creek National Battlefield.

**COUNT SIX**
**[18 U.S.C. § 912]**

28. On or about August 14, 2023, in the Western District of Texas and elsewhere, the Defendant,

**MARCELO FASCINO,**

falsely assumed and pretended to be an officer and employee acting under the authority of the United States and any department, agency, and officer thereof, and acted as such, to wit, by falsely describing himself to Individual 5 as an employee of the U.S. Army Corps of Engineers and soliciting a price quote for a demolition contract at Otter Brook Lake.

A TRUE BILL.

[redacted]

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: ______________________________
ERIC YUEN
Assistant United States Attorney